UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-60793-MD

HOWARD COHAN,

    Plaintiff,

vs.

RESTAURANT PEOPLE BEACH BLVD., LLC
Florida Limited Liability Company
d/b/a S3

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED June 20, 2024.

                                        By: **/s/ Gregory S. Sconzo**
                                        Gregory S. Sconzo, Esq.
                                        Florida Bar No.: 0105553
                                        Sconzo Law Office, P.A.
                                        3825 PGA Boulevard, Suite 207
                                        Palm Beach Gardens, FL 33410
                                        Telephone: (561) 729-0940
                                        Facsimile: (561) 491-9459
                                        Email: greg@sconzolawoffice.com
                                        Email: perri@sconzolawoffice.com
                                        Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to Defendant's counsel, Adam E. Peterson, Esq., at Adam@APetersonLaw.com.

                                                     **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**