UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                        CASE NO.: 0:24-cv-60793-MD

RESTAURANT PEOPLE BEACH
BLVD., LLC,
Florida Limited Liability Company,
d/b/a S3,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, RESTAURANT PEOPLE BEACH BLVD., LLC, Florida Limited Liability Company, d/b/a S3, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against RESTAURANT PEOPLE BEACH BLVD., LLC, Florida Limited Liability Company, d/b/a S3; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED July 23, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/Joshua M. Entin**
Johsua M. Entin, Esq.
Florida Bar No. 493724
Josh@entinlaw.com
**ENTIN LAW GROUP, P.A.**
1213 S.E. Third Avenue
Fort Lauderdale, FL 33316
Telephone: 954.761.720
*Attorney for Defendant*

1

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                  **/s/ Gregory S. Sconzo**
                  **Gregory S. Sconzo, Esq.**